## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-------------------------------------------------------X
EULARDI TANSECO, Individually on
Behalf of Himself and All Others
Similarly Situated,

                                  Plaintiff,

      vs.

APPLE, INC. and AT&T MOBILITY LLC.

                                  Defendants
-------------------------------------------------------X

No. 08-cv-4348-PGS-ES

*[Handwritten annotation: So ordered. Time to answer otherwise period is extended until 12/10/08. If defendant moves for dismissal, response shall be within the time set forth in the rules. PS (signature) 12/4/08 — time for moving/responding papers within the rules.]*

### STIPULATION AND [PROPOSED] ORDER

WHEREAS, on October 31, 2008, plaintiff Eulardi Tanseco ("Plaintiff") filed an Amended Complaint in the above-referenced action against Apple, Inc. and AT&T Mobility LLC.

WHEREAS, at present, defendants are required to respond to the Amended Complaint on or before December 3, 2008. In the event that defendants move for dismissal, plaintiff has until January 14, 2009 to respond, and defendants have until February 14, 2009 to reply. In light of the upcoming holidays and the press of business, the parties have agreed to a one-week extension of this schedule.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in the above-captioned action that:

The time for defendants to respond to the Amended Complaint is extended to December 10, 2008. If defendants move for dismissal, plaintiff shall have until January 22, 2009 to respond, and defendants shall have until February 23, 2009 to reply.

Dated: November 26, 2008

**CROWELL & MORING LLP**

_____
James E. Kellett
Alexander Granovsky
153 E. 53rd Street, 31st Floor
New York, New York 10022-4611

Kathleen Taylor Sooy
Lynn E. Parseghian
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Defendant AT&T Mobility LLC*

**MORRISON & FOERSTER, LLP**

_____
Jamie A. Levitt
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Heather A. Moser
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Defendant Apple, Inc.*

**SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.**

_____
Joel P. Laitman (JL-8178)
Frank R. Schirripa (FS-1960)
Daniel B. Rehns (DR-5506)
19 Fulton Street, Suite 406

New York, New York 10038
Telephone: (212) 964-0046
Facsimile: (212) 267-8137

*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.